**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rashaad Penta HINES, Defendant–Appellant.**

**No. 07–12986**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 21, 2008.

Garnett Harrison, Kingsland, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

Garnett Harrison, appointed counsel for Rashaad Penta Hines in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hines's conviction and sentence is **AFFIRMED**.